# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

132353

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ERNEST HUMPHREY, JR.,
        Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132353
COA: 268884
Saginaw CC: 01-020417-FH

_____/

      On order of the Court, the application for leave to appeal the September 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

_____
Clerk

p1218